UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., | CASE NO. CV 07-7849 ODW (JCx) |
|---|---|
| Plaintiffs, | Civil Contempt Order |
| vs. | |
| CADE HEAVY DUTY EQUIPMENT REPAIR, INC., | |
| Defendant. | |

On November 6, 2008, Default judgment in the amount of $150,301.64 was entered in favor of Plaintiffs. Pursuant to Court order, a judgment debtor examination of Mr. John D. Smith, an officer of the debtor-Defendant, was to take place on July 2, 2009. Despite being properly served and on notice of the examination, Mr. Smith failed to appear and to produce the various records requested in the examination order. In light of Mr. Smith's failure to appear, Plaintiff applied for an order to show cause re: contempt, which this Court granted and set for hearing on November 30, 2009. Mr. Smith again failed to appear. Accordingly, and for those reasons noted in Plaintiffs' application and on the record at the November 30, 2009 hearing, Mr. John Smith is found to be in contempt of Magistrate Judge Johnson's clear and definite April 24, 2009 order compelling his attendance at the July 2, 2009 judgment debtor examination. The Court imposes sanctions on Mr. Smith in the amount of $1,000.00.



     Plaintiffs' are also awarded $643.50 in reasonable attorneys' fees associated with the filing of their application. Plaintiffs are to contact Magistrate Judge Chooljian forthwith to schedule a new date and time for a judgment debtor examination, and to serve upon Mr. Smith the resulting schedule. Mr. Smith's failure to appear at the future examination may subject him to further sanctions, including a daily fine and/or coercive incarceration.

     Plaintiffs are directed to serve a copy of this order upon Mr. Smith immediately and to file proof of service with the Court no later than December 8, 2009.

**IT IS SO ORDERED.**

DATED: December 1, 2009

_____
Otis D. Wright II
United States District Judge